IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| NEW AMERICAN FUNDING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 123-189 |
| | ) |
| GRANGE PROPERTY & CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The Court received the parties' joint status report and **STAYS** remaining case deadlines pending private mediation through and including November 15, 2024. (Doc. no. 46.) The parties shall advise the Court as to the status of the case by no later than November 22, 2024, and, if the case is not resolved, the Court imposes the following deadline:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | December 16, 2024 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

SO ORDERED this 17th day of October, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA